# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARGO NEVADA, LLC.,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, | Case No. 2:16-cv-02157-RFB-CWH<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant National Default Servicing Corporation, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant **National Default Servicing Corporation**.

DATED this 30th day of January, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**